| | |
|---|---|
| MICHAEL RAY McGLOTHLEN,<br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner<br>of Social Security,<br>    Defendant. | )<br>)<br>)   **JUDGMENT IN A CIVIL CASE**<br>)   **CASE NO. 7:11-CV-148-RJ**<br>)<br>)<br>)<br>) |

**Decision by Court.**

This action came before the Honorable Robert B. Jones, Jr., United States Magistrate Judge, for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Claimant's Motion for Judgment on the Pleadings [DE-25] is DENIED, Defendant's Motion for Judgment on the Pleadings [DE-27] is ALLOWED, and Defendant's final decision is affirmed.

**This Judgment Filed and Entered on August 23, 2012, and Copies To:**

Angela M. Hatley (via CM/ECF Notice of Electronic Filing)
Elisa Donohoe (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| DATE<br>August 23, 2012 | JULIE A. RICHARDS, CLERK<br>  /s/ EL Eggleston<br>(By) EL Eggleston, Deputy Clerk |